DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH PIERCE** and **CAROLE PIERCE,**
Appellants,

v.

**THE REEF HOMEOWNERS' ASSOCIATION, INC.,**
Appellee.

No. 4D18-3477

[December 19, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 4318000691CA.

David R. Roy of David R. Roy P.A., Pompano Beach, for appellants.

Robert S. Gershman of Gershman & Gershman, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***